

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMN:
F.#2007R0845

*271 Cadman Plaza*

*Brooklyn, New York  11201*

October 16, 2012

By ECF and Email
The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Fax: 718-613-2527

       Re:  United States v. Esteban Rodriguez-Olivera, et al.
            Criminal Docket No. 08-186 (JBW)

Dear Judge Weinstein:

      The government respectfully submits this letter, pursuant to the Court's order, to provide status updates of this case given that the Court adjourned trial at the parties' joint request.  The defendant was scheduled to plead guilty before the Hon. Viktor V. Pohorelsky on October 15, 2012.  This date was adjourned to November 6, 2012.  As noted in the government's earlier letters, the parties believe that resolution of this matter is imminent and do not believe that a status conference is necessary before the plea date.  Should there be any change to this status, the government will so inform the Court.

                                  Respectfully submitted,

                                  LORETTA E. LYNCH
                                United States Attorney

                    By:      /s/
                                Walter M. Norkin
                                Assistant U.S. Attorney
                                (718) 254-6152

cc:  Edward Panzer and George Santangelo (by ECF)