UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

vs.

ESTEBAN RODRIGUEZ OLIVERA,

DEFENDANT

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

08 CR 00186

---

TO: Walter M. Norkin
U.S. Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court before the Honorable Judge Jack B. Weinstein at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of ROJAS & OLIVA, P.A. and a member in good standing of the Bar of the State of Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Esteban Rodriguez Olivera. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

ROJAS & OLIVA, P.A.
Attorneys for the Defendant
Fountain Square Centre, Suite 206
15800 Pines Boulevard
Pembroke Pines, FL 33027
Tel.:		305.373.6868
Fax.:		305.373.6768
E-Mail:	ruben@rojasoliva.com


By: _____
	RUBEN OLIVA, Esq.
	Fla. Bar. No. 626074