| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* <br> 08-CR-186 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT <br> Eastern District of New York | DIVISION <br> U.S. Probation |
|---|---|---|
| Luis Rodriguez-Olivera <br> Aventura, Florida 33180 | NAME OF SENTENCING JUDGE <br> Hon. Jack B. Weinstein | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 8/25/2017 | TO 8/24/2022 |

OFFENSE

21 U.S.C. § 848(a), Continuing Criminal Enterprise;

21 U.S.C. §§ 959(a)(c), 960(a)(3) and 960(b)(1)(B)(ii), International Cocaine Distribution Conspiracy

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   NEW YORK

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   SOUTHERN DISTRICT OF FLORIDA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____       _____
          *Date*                            *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF   FLORIDA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____       _____
        *Effective Date*                      *United States District Judge*