PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
08-CR-186

**DOCKET NUMBER** *(Rec. Court)*

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**
Luis Rodriguez-Olivera
Aventura, Florida 33180

**DISTRICT**: Eastern District of New York

**DIVISION**: U.S. Probation

**NAME OF SENTENCING JUDGE**: Hon. Jack B. Weinstein

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 8/25/2017
TO: 8/24/2022

**OFFENSE**
21 U.S.C. § 848(a), Continuing Criminal Enterprise;

21 U.S.C. §§ 959(a)(c), 960(a)(3) and 960(b)(1)(B)(ii), International Cocaine Distribution Conspiracy

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **NEW YORK**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **SOUTHERN DISTRICT OF FLORIDA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/16/21
*Date*

*S/Margo K. Brodie*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN** DISTRICT OF **FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*